## In the Matter of the Overseers of the Poor.

Suits commenced for violation of the act relating to excise, &c., passed in 1845, may, since its repeal, be discontinued, *without costs.*

*November Special Term*, 1847. *Otsego county.*—Motions were made in several causes, commenced for violations of the act relating to excise, &c., passed in 1845, for leave to discontinue without costs.

MOREHOUSE, Justice.—The electors of the town having at a meeting subsequent to the commencement of these suits, reversed their former vote and determined that the board of excise should grant licenses, and the act of 1845 having been repealed, public policy does not require that they should be further prosecuted. The Defendants undoubtedly were influential in effecting this change in public sentiment, and in the law, and I think it a judicious exercise of the discretion of the court to grant these motions.